1 **AgawaG.rem**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam  96910-1059
TEL:  (671) 472-7332
6 FAX:  (671) 472-7215

7 Attorneys for the United States of America

8

9 IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

10

11 UNITED STATES OF AMERICA,          )          CRIMINAL CASE NO. 03-00040
                                                                )
12                          Plaintiff,               )
                                                                )
13                 vs.                                 )          PETITION TO REMIT SPECIAL
                                                                )          ASSESSMENT FEE
14 GODOFREDO RACADAG AGAWA,     )          [18 U.S.C.  § 3573]
                                                                )
15                          Defendant.          )
   _____)

16

17        COMES NOW the United States of America, by and through its undersigned counsel,

18 and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order

19 remitting the unpaid special assessment fee earlier imposed upon Defendant GODOFREDO

20 RACADAG AGAWA and in support hereof, states as follows:

21        1.        On August 17, 2004, sentence was imposed by this Court against Defendant

22 GODOFREDO RACADAG AGAWA.   Among other things, a $100.00 special assessment fee

23 was ordered.  The total amount now owed by said Defendant is $100.00.

24        2.        Upon information received from the United States Probation Office, the

25 defendant, GODOFREDO RACADAG AGAWA, was deported to the Philippines on

26 September 3, 2004.

27        3        No valid address is available for defendant.

28 //

1    4.    Section 3573 of Title 18, United States Code, as amended, provides in pertinent

2    part as follows:

3          Upon petition by the Government showing that reasonable efforts to
        collect a fine or assessment are not likely to be effective, the court may, in the
4       interest of justice --
              (1)  remit all or part of the unpaid portion of the fine or special
5       assessment, including interest and penalties . . . .

6    5.    The United States Attorney has determined that in light of Defendant's

7    deportation and unknown whereabouts, there is no reasonable likelihood that expending further

8    efforts to collect the special assessment fee and fine will produce any revenue to the United

9    States.  To the contrary, any further efforts will needlessly expend resources that could be better

10   directed to areas with greater potential for recovery.

11   6.    The interests of justice mitigate in favor of remission of the unpaid special

12   assessment fee.

13       WHEREFORE, the United States of America respectfully requests that this Court

14   enter an order remitting the unpaid special assessment fee imposed upon Defendant

15   GODOFREDO RACADAG AGAWA.

16       DATED this 13th day of July, 2007.

17

18                                      LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI
19

20                              By:    /s/ Marivic P. David
                                        MARIVIC P. DAVID
21                                      Assistant U.S. Attorney
                                        marivic.david@usdoj.gov
22

23

24

25

26

27

28